UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DAYNE MEJIAS and DANIELA VASQUEZ, :
individually and on behalf of all others :
similarly situated, :
                     Plaintiffs, :
 :
v. :
 :
ALEXIS DINER INC. and YIANNAKIS :
ZACHARIA, :
                     Defendants. :
--------------------------------------------------------------x

**ORDER**

20 CV 6929 (VB)

12/3/20

  On December 1, 2020, plaintiffs moved for conditional certification of a collective action, and issuance of notice, under 29 U.S.C. § 216(b). (Doc. #16).

  In the Court's experience, the parties in similar FLSA cases routinely enter into an agreement regarding conditional certification and notice so as to avoid unnecessary and time-consuming motion practice. The Court strongly encourages the parties to enter into an appropriate stipulation in this case, and the parties are directed to negotiate in good faith toward that end.

  Accordingly, by December 21, 2020, the parties shall file a joint letter advising the Court whether they have entered into a stipulation and, if so, shall provide a copy of the stipulation for the Court's review.

  Defendants' time to respond to the motion is stayed pending the above-referenced stipulation or letter to the Court. In the event the parties are unable to reach agreement on conditional certification, defendants' opposition shall be due December 31, 2020, and plaintiffs' reply shall be due January 14, 2021.

  The initial conference in this case remains scheduled for December 14, 2020, at 9:30 a.m. (by telephone), at which time the Court will, if necessary, address this issue.

Dated: December 3, 2020
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge